# United States Bankruptcy Court
For The
Western District of New York

Date: 5/5/2017    Case No: 16-20810-PRW

IN RE: ASFA W SILL    SSN #1:XXX-XX-1092
155 HERALD STREET
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | AIDA MARTINEZ / 155 HERALD STREET ROCHESTER, NY 14621 | None | | Not Filed .00 |
| 002 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | | | DirectPay .00 |
| 003 | ALLY FINANCIAL / PO BOX 130424 ROSEVILLE, MN 55113-0002 | | | DirectPay 1,728.06 |
| 004 | AMERICAN TAX FUNDING, LLC / c/o PHILLIPS LYTLE, LLP 620 EIGHT AVENUE, 23RD FLOOR / NEW YORK, NY 10018 | 30,729.46 | 18.0000% From 01/09/2017 | Secured |
| 005 | CANISUS COLLEGE / 2001 MAIN STREET BUFFALO, NY 14028 | None | | Not Filed .00 |
| 006 | CAPITAL ONE / c/o TSYS DEBT MANAGEMENT 6125 LAKEVIEW ROAD SUITE 800 / CHARLOTTE, NC 28269-2605 | None | | Not Filed .00 |
| 007 | CAPITAL ONE BANK / P O BOX 71083 CHARLOTTE, NC 28272-1083 | 900.92 | | Unsecured |
| 008 | CAPITAL ONE BANK / P O BOX 71083 CHARLOTTE, NC 28272-1083 | 277.16 | | Unsecured |
| 009 | CARMEN M BENITEZ DDS / 2164 HUDSON AVENUE ROCHESTER, NY 14617 | None | | Not Filed .00 |
| 010 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 145.46 | 12.0000% From 01/09/2017 | Secured |
| 011 | CITY OF ROCHESTER / ATTN SUE SUTERA, LAW DEPT 30 CHURCH STREET RM 400A CITY HALL / ROCHESTER, NY 14614 | 1,968.79 | 12.0000% From 01/09/2017 | Secured |
| 012 | PORTFOLIO RECOVERY ASSOCIATES / P.O. BOX 41067 NORFOLK, VA 23541 | 1,699.70 | | Unsecured |
| 013 | DIRECT LOAN SERVICING CENTER / P O BOX 5609 GREENVILLE, TX 75403-5609 | None | | Not Filed .00 |
| 014 | EASTERN REVENUE INC / 998 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | None | | Not Filed .00 |
| 015 | ENTERPRISE RENT A CAR / PO BOX 801988 KANSAS CITY, MO 64180 | None | | Not Filed .00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC / PO BOX 7999 SAINT CLOUD, MN 56302-9617 | 916.28 | | Unsecured |
| 017 | FIRST PREMIER BANK / P O BOX 5147 SIOUX FALLS, SD 57117 | None | | Not Filed .00 |
| 018 | FIVE STAR BANK / 55 NORTH MAIN STREET P O BOX 110 / WARSAW, NY 14569 | None | | Not Filed .00 |
| 019 | FIVE STAR BANK / COLLECTION DEPARTMENT 100 CHESTNUT STREET / ROCHESTER, NY 14604 | 17,719.00 | 5.5000% From 01/09/2017 | Secured |
| 019 | FIVE STAR BANK / COLLECTION DEPARTMENT 100 CHESTNUT STREET / ROCHESTER, NY 14604 | 5,883.50 | | Unsecured |
| 020 | HOME PROPERTIES OF NY / (dba RIVERTON KNOLLS ASSOC) 850 CLINTON SQUARE / ROCHESTER, NY 14604-0000 | None | | Not Filed .00 |
| 021 | HORIZON CARD / 1707 WARREN ROAD INDIANA, PA 15701 | None | | Not Filed .00 |
| 022 | JC PENNEY / P O BOX 65 BANKRUPTCY DEPT / DALLAS, TX 75221-0000 | None | | Not Filed .00 |

# United States Bankruptcy Court
For The
Western District of New York

Date: 5/5/2017  Case No: 16-20810-PRW

IN RE: ASFA W SILL  SSN #1: XXX-XX-1092
155 HERALD STREET
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 023 | JC PENNEY / CUSTOMER SERVICE<br>P O BOX 981403 / EL PASO, TX 79998-1403 | None<br>.00 | | Not Filed |
| 024 | JC PENNEY / P O BOX 65<br>BANKRUPTCY DEPT / DALLAS, TX 75221-0000 | None<br>.00 | | Not Filed |
| 025 | KAY JEWELERS / PO BOX 1799<br>AKRON, OH 44309 | None<br>.00 | | Not Filed |
| 026 | MAY DEPARTMENT STORES / DEPARTMENT STORES NATIONAL B<br>PO BOX 8053 / MASON, OH 45040-8053 | None<br>.00 | | Not Filed |
| 027 | MERCANTILE ADJUSTMENT BUREAU / 6390 MAIN STREET STE 16<br>BUFFALO, NY 14221 | None<br>.00 | | Not Filed |
| 028 | MICHAEL J LABUE, ESQ / 1050 GRAVEL ROAD<br>WEBSTER, NY 14580-0000 | None<br>.00 | | Not Filed |
| 029 | NATIONAL CREDIT ADJUSTERS (NCA) / P O BOX 3023<br>327 W 4TH STREET / HUTCHINSON, KS 67504-3023 | None<br>.00 | | Not Filed |
| 030 | PARK RIDGE HOSPITAL / GPO BOX 26201<br>NEW YORK, NY 10087 | None<br>.00 | | Not Filed |
| 031 | PHILLIPS LYTLE ET AL / 1400 FIRST FEDERAL PLAZA<br>ROCHESTER, NY 14614-0000 | None<br>.00 | | Not Filed |
| 032 | PORTFOLIO RECOVERY ASSOCIATES, LLC / (PRA RECEIVABLES M<br>PO BOX 41067 / NORFOLK, VA 23541-1067 | None<br>.00 | | Not Filed |
| 033 | US BANK AS CUSTODIAN FOR PFS / PROPEL FINANCE SERVICES<br>7990 1H-10 WEST, SUITE 200 / SAN ANTONIO, TX 78230 | 4,311.63 | 18.0000% From 01/09/2017 | Secured |
| 034 | RGS FINANCIAL INC / PO BOX 8521039<br>RICHARDSON, TX 75085 | None<br>.00 | | Not Filed |
| 035 | SYNCHRONY BANK / PO BOX 965005<br>ORLANDO, FL 32896 | None<br>.00 | | Not Filed |
| 036 | PORTFOLIO RECOVERY ASSOCIATES / P.O. BOX 41067<br>NORFOLK, VA 23541 | 813.51 | | Unsecured |
| 037 | MIDLAND CREDIT MANAGEMENT, INC / P.O. BOX 2011<br>WARREN, MI 48090 | 286.01 | | Unsecured |
| 038 | US BANK AS CUSTODIAN FOR / TOWER DBW II TRUST<br>P.O. BOX 645040 / CINCINNATI, OH 45264 | 13,057.00 | 18.0000% From 01/09/2017 | Secured |
| 039 | U S OFFICE OF EDUCATION / BUREAU OF STUDENT FINANC<br>400 MARYLAND AVE SW / WASHINGTON, DC 20202-0000 | None<br>.00 | | Not Filed |
| 040 | US DEPARTMENT OF EDUCATION / PO BOX 16448<br>ST PAUL, MN 55116-0448 | 80,995.99 | | Unsecured |

63

# United States Bankruptcy Court
For The
Western District of New York

Date: 5/5/2017    Case No: 16-20810-PRW
SSN #1: XXX-XX-1092

IN RE: ASFA W SILL
155 HERALD STREET
ROCHESTER, NY 14621

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 041 | WELLS FARGO DEALER SERVICES / PO BOX 3569 RANCHO CUCAMONGA, CA 91729 | None | | Not Filed .00 |
| | Total | 159,704.41 | | |
| | JOHN J COSTELLO P C 36 W MAIN ST SUITE 707 ROCHESTER, NY 14614-0000 | .00 | | Debtor's Attorney |

Your Trustee has examined the claims and recommends to the Court that they be deemed allowed for the amounts claimed, payable in the manner classified subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claims be allowed as set forth above.

/s/ George M. Reiber
George M. Reiber
Standing Chapter 13 Trustee

### NOTICE

At Rochester, NY
PLEASE TAKE NOTICE that the above claims are allowed as recommended by the Trustee and payable as provided by the debtor's plan. The debtor and debtor's attorney of record are hereby advised that written application for modification of this notice must be made within 30 days from the date of the certificate of mailing of this notice. The motion to allow claims is deemed approved without a separate order of this Court, absent a written application for modification.

CLERK   /s/ Lisa Bertino Beaser, Clerk of the Court

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the Notice was sent electronically or by ordinary US Mail, postage prepaid on 5/11/17 to the debtor and attorney for the debtor.

/s/